IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXELL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BLACKBERRY CORPORATION and BLACKBERRY LTD., <br><br> Defendants. | Case No. 17-1446-JFB-SRF |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**NOTICE OF SUBSEQUENT AUTHORITY (D.I. 21)**

Maxell's supplemental authority highlights why the '999 patent is ineligible under § 101: it does not "improve[e] the functioning and operation of the computer *itself*." *Aatrix Software, Inc. v. Green Shades Software, Inc.*, 2018 WL 843288, at *4 (Fed. Cir. Feb. 14, 2018) (emphasis added). As to procedural posture, *Aatrix* reaffirmed "that patent eligibility can be determined at the Rule 12(b)(6) stage." *Id.* at *2. The *Aatrix* court remanded the case because the proposed amended complaint alleged that "the claimed software uses less memory, results in faster processing speed, and reduces the risk of thrashing which makes the computer process forms more efficiently."[1] *Id.* at *4. But here Maxell does not point to any allegations in the complaint or any statements in the specification that the '999 patent improves "the functioning and operation of the computer itself." *Id*. Based on the claim language and the specification, there is no dispute that the patent relies on a generic arrangement of known computing components. Thus, dismissal is proper.

---

[1] As of the hearing on April 5 for BlackBerry's motion to dismiss, the Federal Circuit may have already vacated the decision in *Aatrix* after electing to rehear the case *en banc*.

1

Dated: February 26, 2018

Respectfully submitted,

/s/ *Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
BARNES & THORNBURG LLP
1000 N. West Street
Suite 1500
Wilmington, DE 19801
(T) (302) 300-3474
(F) (302) 300-3456
chad.stover@btlaw.com

Brian C. Riopelle
Brian D. Schmalzbach
Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(T) (804) 775-1000
(F) (804) 698-2304
briopelle@mcguirewoods.com
bschmalzbach@mcguirewoods.com
lkossis@mcguirewoods.com

Jason W. Cook
Shaun W. Hassett
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(T) (214) 932-6418
(F) (214) 273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Counsel for BlackBerry Corporation and BlackBerry LTD*