IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXELL, LTD.,<br><br>               Plaintiff,<br><br>   v.<br><br>BLACKBERRY CORPORATION and<br>BLACKBERRY LTD.,<br><br>               Defendants. | Case No. 17-1446-JFB-SRF |

**BLACKBERRY'S NOTICE OF SUBSEQUENT AUTHORITY
RELEVANT TO BLACKBERRY'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Pursuant to D. Del. L.R. 7.1.2(b), Defendants Blackberry Corporation and Blackberry Ltd. (collectively, "Blackberry") respectfully submit this Notice of Subsequent Authority relevant to Blackberry's Motion to Dismiss (D.I. 12) and Plaintiff Maxell, Ltd.'s opposition (D.I. 17). The subsequent authority is Chief Judge Stark's recent opinion in *3G Licensing, et al. v. Blackberry Limited, et al.*, C.A. No. 17-82-LPS-CJB (D. Del. March 22, 2018) (attached as Exhibit 1).

Judge Stark's opinion addresses numerous recent cases concerning ineligible subject matter under 35 U.S.C. § 101, including *Aatrix Software, Inc. v. Green Shades Software, Inc.*, 882 F.3d 1121 (Fed. Cir. 2018) and *Berkheimer v. HP Inc.*, 881 F.3d 1360 (Fed. Cir. 2018).

2

Dated: March 27, 2018

Respectfully submitted,

*/s/ Regina S.E. Murphy*

Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(T) (302) 300-3474
(F) (302) 300-3456
chad.stover@btlaw.com
gigi.murphy@btlaw.com

Brian C. Riopelle
Brian D. Schmalzbach
Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(T) (804) 775-1000
(F) (804) 698-2304
briopelle@mcguirewoods.com
bschmalzbach@mcguirewoods.com
lkossis@mcguirewoods.com

Jason W. Cook
Shaun W. Hassett
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(T) (214) 932-6418
(F) (214) 273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Counsel for BlackBerry Corporation and BlackBerry LTD*