# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXELL, LTD., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    C.A. No. 17-1446-JFB-SRF <br> ) |
| BLACKBERRY CORP. and <br> BLACKBERRY LTD., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT STIPULATION OF PARTIAL DISMISSAL AND PROPOSED ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Maxell, Ltd. ("Maxell") and Defendants BlackBerry Corporation and BlackBerry, Ltd. (collectively "BlackBerry"), through their undersigned counsel, hereby stipulate and agree to the dismissal of certain claims and defenses in the above captioned action, as set forth in the attached proposed Order. Specifically, the parties stipulate to the dismissal with prejudice of Count 1, Infringement of U.S. Patent No. 6,580,999 present in Maxell's Complaint (D.I. #1). The parties further stipulate and agree to the withdrawal of BlackBerry's Motion to Dismiss for Failure to State a Claim (D.I. #12). At this time, Maxell and BlackBerry maintain all other claims and defenses not specifically enumerated herein. Each party shall bear its own fees and expenses associated with claims and defenses that are the subject of this Stipulation. The parties agree that this Stipulation and the partial dismissal herein shall not be used against any party in any adverse way.

Dated: August 24, 2018                                Respectfully Submitted,

*/s/Tim Devlin*                                              */s/Chad Stover*
Timothy Devlin                                                 Chad S.C. Stover (No. 4919)

DEVLIN LAW FIRM LLC
1306 N. Broom St., Suite 1
Wilmington, DE  19806
(302) 449-9011
tdevlin@devlinlawfirm.com

*Of Counsel*:

Jamie B. Beaber
Kfir B. Levy
James A. Fussell, III
Tiffany A. Miller
Baldine B. Paul
Saqib J. Siddiqui
Alison T. Gelsleichter
Jonathan Weinberg
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
tmiller@mayerbrown.com
bpaul@mayerbrown.com
ssiddiqui@mayerbrown.com
agelsleichter@mayerbrown.com
jweinberg@mayerbrown.com

Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

Regina S.E. Murphy (No. 5648)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(T) (302) 300-3474
(F) (302) 300-3456
chad.stover@btlaw.com
gigi.murphy@btlaw.com

Brian C. Riopelle
Brian D. Schmalzbach
Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(T) (804) 775-1000
(F) (804) 698-2304
briopelle@mcguirewoods.com
bschmalzbach@mcguirewoods.com
lkossis@mcguirewoods.com

Jason W. Cook
Shaun W. Hassett
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(T) (214) 932-6418
(F) (214) 273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Counsel for BlackBerry Corporation and BlackBerry LTD*

    SO ORDERED this \_\_\_\_ day of August, 2018.

_____
U.S. District Court Judge