**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MAXELL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BLACKBERRY CORP. and BLACKBERRY LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-1446-MN |

## JOINT STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Maxell, Ltd. ("Maxell") and Defendants Blackberry Corp. and Blackberry Ltd. (collectively "Blackberry") have resolved Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Maxell and Blackberry, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants, and the claims and defenses raised by Defendants, with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 18, 2019

*/s/ Timothy Devlin*
Timothy Devlin
DEVLIN LAW FIRM LLC
1306 N. Broom St., Suite 1
Wilmington, DE 19806
(302) 449-9011
tdevlin@devlinlawfirm.com

*Of Counsel*:

Jamie B. Beaber

Respectfully Submitted,

*/s/ Chad S. C. Stover*
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(T) (302) 300-3474
(F) (302) 300-3456
chad.stover@btlaw.com
gigi.murphy@btlaw.com

-2-

Kfir B. Levy
James A. Fussell, III
Tiffany A. Miller
Baldine B. Paul
Saqib J. Siddiqui
Alison T. Gelsleichter
Jonathan Weinberg
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
tmiller@mayerbrown.com
bpaul@mayerbrown.com
ssiddiqui@mayerbrown.com
agelsleichter@mayerbrown.com
jweinberg@mayerbrown.com

Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

Brian C. Riopelle
Brian D. Schmalzbach
Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(T) (804) 775-1000
(F) (804) 698-2304
briopelle@mcguirewoods.com
bschmalzbach@mcguirewoods.com
lkossis@mcguirewoods.com

Jason W. Cook
Shaun W. Hassett
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
(T) (214) 932-6418
(F) (214) 273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Counsel for BlackBerry Corporation and BlackBerry LTD*

**SO ORDERED THIS** ____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE